# Court of Appeals
# of the State of Georgia

ATLANTA,  October 01, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0062.  NADINE MARIE JACKSON-RONE v. JP MORGAN CHASE BANK, N.A. et al.**

Nadine Jackson-Rone filed suit against JP Morgan Chase Bank and Johnson & Freedman, LLC, alleging, inter alia, a quiet title claim.  After the trial court dismissed the complaint, Jackson-Rone filed an application for discretionary appeal in this Court.

The Supreme Court, however, has original appellate jurisdiction over cases involving title to land.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1).  Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court.  See *Tharp v. Harpagon Co*., 278 Ga. 654, 655 (1) (604 SE2d 156) (2004).  Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/01/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*